

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2017

No. 04-15-00492-CR

George **MUNOZ** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5575
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The appellant's unopposed motion for extension of time to file motion for rehearing is hereby granted.  The appellant's motion for rehearing is due March 6, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court